PROB 12C
(6/22) SWPA

# UNITED STATES DISTRICT COURT
for
## EASTERN DISTRICT OF NEW YORK

### Petition for Warrant or Summons for Person Under Supervision

Name of Person under Supervision: Anthony Salvatori Perri

Case Number: **1:25CR00279-001**

Name of Sentencing Judicial Officer: The Honorable Stefan R. Underhill, U.S. District Judge

Date of Original Sentence: August 4, 2026

Original Offense: Threatening a United States Judge in violation of 18 U.S.C. 115(a)(1)(B), a class C felony

Original Sentence: Time served followed by seven (7) days of custody followed by three (3) years of supervised release with the following special conditions: 1) The defendant shall not have contact by any means, direct or indirect, with Judge One, Judge Two, or Judge Three without the knowledge and permission of the U.S. Probation Office; 2) The defendant shall participate in a mental health treatment program, which may include participation in a treatment program for sexual disorders, as approved by the U.S. Probation Office. The defendant shall contribute to the cost of such services rendered and/or any psychotropic medications prescribed to the degree he is reasonably able, and shall cooperate in securing any applicable third-party payment. The defendant shall disclose all financial information and documents to the Probation Office to assess their ability to pay. As part of the treatment program for sexual disorders, the defendant shall participate in polygraph examinations and/or visual response testing (other than Plethysmography) to obtain information necessary for risk management and correctional treatment and; 3) The defendant shall reside in a residential re-entry center (RRC) for at least four months. His time in the RJIC shall continue thereafter, for no more than two months, or until such time as the defendant secures permanent housing as verified by the U.S. Probation Office. While in RRC, the defendant shall adhere to all rules and regulations established by the RRC. A $100 special assessment fee was also ordered at the time of sentencing.

Type of Supervision: Supervised Release    Date Supervision Commenced: August 11, 2026

---

Assistant U.S. Attorney
Matthew Francis Sullivan, Esq.
271-A Cadman Plaza East
Brooklyn, NY 11201
718-254-6004
Matthew.Sullivan@usdoj.gov

Defense Counsel
Ezra Spike, Esq.
1825 Foster Avenue
Brooklyn, NY 11230
718-783-3682
Ezra@spikelaw.com

**PETITIONING THE COURT**

☑ To issue a warrant, AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.

☐ To issue a summons

The probation officer believes that the person under supervision has violated the following condition of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| One | Failure To Reside in a Residential Re-Entry Center |

U.S. Probation Officer Recommendation:

☑ The term of supervision should be revoked

I declare under penalty that the foregoing is true and correct.

Mike Imrek
Senior U.S. Probation Officer
Telephone: 347-408-9999
E-mail: Michael_Imrek@nyep.uscourts.gov
Date: August 18, 2026

Approved by, Digitally signed by Christina Bourque

Christina Bourque
Supervisory U.S. Probation Officer
Date: August 18, 2026

**THE COURT ORDERS:**

☒ The Issuance of a Warrant, AND ADDITIONALLY ORDERS THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.
☐ The Issuance of a Summons.
☐ Other

**UPON EXECUTION OF THE WARRANT OR SUMMONS:**

☒ Person under supervision is ordered brought before District Judge forthwith.
☐ Initial appearance, arraignment on Violation Of Supervised Release charges, and detention hearing before Magistrate Judge

/s/ STEFAN R. UNDERHILL
Signature of Judicial Officer

August 19, 2026
Date